| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Harris, Patricia S. | 2. Court or Organization  United States District Court, Eastern District of Arkansas | 3. Date of Report  06/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
500 W. Capitol Avenue, Suite C163
Little Rock, AR 72201-3325

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 06/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | self employed writer |
| 2. 2016 | Arkansas Game & Fish Commission |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 06/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property/studio apartment located in Little Rock, Arkansas | D | Rent | K | W | | | | | |
| 2. American Funds The Bond Fund of America Class A | A | Int./Div. | | | Sold | 01/19/16 | J | A | |
| 3. American Funds Capitol Income Bldr Fund Class A | A | Int./Div. | | | Sold | 01/18/16 | J | A | |
| 4. American Funds Capital World Growth and Income Fund Class A | A | Int./Div. | | | Sold | 01/19/16 | K | A | |
| 5. American Funds The Growth Fund of America Class A | A | Int./Div. | | | Sold | 01/19/16 | K | A | |
| 6. American Funds Small Cap World Fund Class A | A | Int./Div. | | | Sold | 01/19/16 | J | A | |
| 7. Bank of America (x) | A | Interest | K | T | | | | | |
| 8. AB VPS Growth & Income Portfolio Class B | A | Int./Div. | K | T | Buy | 04/29/16 | K | | |
| 9. Victory Incore Investment Quality Bond VIP series (RS Investment VIP | A | Int./Div. | K | T | Sold (part) | 02/05/16 | J | A | |
| 10. Victory Incore Low Duration Bond VIP Series (RS low duration) | A | Int./Div. | K | T | | | | | |
| 11. Janus Aspen Global Technology SS | A | Int./Div. | J | T | Buy | 04/29/16 | J | | |
| 12. Templeton Foreign VIP Fund Class 2 Shares | A | Int./Div. | J | T | Buy | 04/29/16 | J | | |
| 13. Blackrock Large Cap Core CL III | A | Int./Div. | K | T | Buy (add'l) | 02/05/16 | J | | |
| 14. Columbia Variable Portfolio Seligman Global Technology Fund CL 2 | A | Int./Div. | | | Sold | 04/29/16 | J | A | |
| 15. Columbia Variable Portfolio Small Cap Value Fund Class 2 | A | Int./Div. | J | T | | | | | |
| 16. Fidelity VIP Contrafund SRCL 2 | A | Int./Div. | K | T | | | | | |
| 17. Fidelity VIP Midcap port SRCL 2 | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Small Cap Value VIP Fund Class 2 Shares | A | Int./Div. | J | T | | | | | |
| 19. MFS VIT Utilities Series SC | A | Int./Div. | J | T | | | | | |
| 20. Oppenheimer Capital APP/VA SC | A | Int./Div. | K | T | | | | | |
| 21. Oppenheimer Main Street Small Cap Fund/ VA | A | Int./Div. | K | T | | | | | |
| 22. Pioneer Disciplined Value VCT Portfolio Class II | A | Int./Div. | | | Sold | 04/29/16 | K | A | |
| 23. Pioneer Mid Cap Value VCT CL II | A | Int./Div. | K | T | Buy (add'l) | 02/05/16 | J | | |
| 24. RS Large Cap Alpha VIP Series (Victory) | A | Int./Div. | K | T | | | | | |
| 25. Alliancebern (AB) VPS Int'l Value CL B | A | Int./Div. | | | Sold | 04/29/16 | J | A | |
| 26. Wells Fargo Advantage VT International Equity Fund Class II | A | Int./Div. | K | T | | | | | |
| 27. Franklin US Government Securities VIP Fund Class 2 Shares | A | Int./Div. | K | T | Sold (part) | 02/05/16 | J | A | |
| 28. Oppenheimer Global Strategic Income/VA SC | A | Int./Div. | K | T | | | | | |
| 29. PIMCO Total Return Advisor CL | A | Int./Div. | K | T | Sold (part) | 02/05/16 | J | A | |
| 30. DFA US Vector Equity PRTF Instl Cl | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 31. DFA US Core Equity II | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 32. Dimensional Emerging Mkts Val PRTF Instl | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 33. DFA Emerging Markets Small Cap | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 34. DFA International Small Company Port | A | Dividend | J | T | Buy | 01/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 06/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  DFA International Small Cap Value | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 36.  DFA Emerging Markets Portfolio | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 37.  DFA US Large Cap Value PRTF Instl | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 38.  DFA Real Estate PRTF Instl | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 39.  DFA International Value PRTF Instl | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 40.  DFA Short term government port | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 41.  DFA One Year Fixed Income PRTF Instl | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 42.  DFA Inv't Two Year Global Fixed Income | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 43.  DFA Five Year Glbl Fixed Inc PRTF Instl | A | Dividend | J | T | Buy | 01/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 06/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia S. Harris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544